EDWARD M. M. CLARK, Appellant, *v.* JULIA ANN QUACKENBOSS *et al.*

THIS was an application by the appellant for a rule upon the clerk of the Second Grand Division to show cause why he should not issue his fee-bill for the costs of this court, against David A. Smith, who had become "security for costs" in the Circuit Court, under the statute. The appellees, who were complainants in the court below, were non-residents at the time of the commencement of the suit in that court.

*Per Curiam.* This rule must be denied. The security for costs, given in the Circuit Court, was limited to the costs of that court; there the appellees were successful, and they have been brought to this court against their will. We see no objection to proceedings by fee-bill on the part of the circuit clerk to collect his costs from the security; notwithstanding the judgment rendered in that court has been reversed.

*Motion denied.*